BENNIE SCHWARTZ, RESPONDENT, v. ANNA EISNER, APPELLANT.

Submitted October 27, 1933—Decided February 2, 1934.

For the appellant, *Harry Kay.*

For the respondent, *Benjamin Yawitz.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BODINE, DONGES, HEHER, PERSKIE, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   12.

*For reversal*—None.